Julie S. Turner (SBN 191146)
TURNER BOYD LLP
2570 W. El Camino Real
Suite 380
Mountain View, CA 94040
Phone: (650) 521-5930
Facsimile: (650) 521-5931
Email: turner@turnerboyd.com

*Attorneys for
Netfirms.com, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – ROYBAL FEDERAL BUILDING

| | |
|---|---|
| ANTHONY N. CHAI,<br><br>    Plaintiff,<br><br>v.<br><br>NETFIRMS.COM, INC., *et al.*,<br><br>    Defendants. | CASE NO. CV11-06988-GHK (CWx)<br><br>**NETFIRM.COM, INC.'S NOTICE OF EX PARTE APPLICATION FOR ORDER GRANTING LEAVE TO FILE SUR-SUR-REPLY**<br><br>Date:    February 6, 2012 [vacated]<br>Time:    9:30 a.m.<br>Judge:   The Hon. George H. King<br>Crtrm:   650<br><br>*([Proposed] Order lodged concurrently herewith)* |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Netfirms.com, Inc. ("Netfirms") will move, and hereby does apply *ex parte* to this court for an order permitting Netfirms to file a short sur-sur-reply to Plaintiff Anthony Chai's sur-reply. This motion is contingent on the Court's ruling on Plaintiff's application for leave to file his sur-reply. Should the Court deny Plaintiff's application, then Netfirms will withdraw this motion.

Netfirms is entitled to the requested relief because Plaintiff's Sur-Reply raises new arguments that he should and could have properly raised in his Opposition to Netfirms' Motion to Dismiss the First Amended Complaint, and which Netfirms will have no chance to refute, as the hearing on this matter has been taken off-calendar.

Netfirms satisfies the requirements for *ex parte* relief. First, it has moved expeditiously to bring this issue before the Court. Netfirms first received Plaintiff's *Ex Parte* Application For Order Granting Leave To File Sur-Reply (the "Application") at 7:25 p.m. on February 6, 2012, when Plaintiff filed the Application via the Court's ECF system. See Declaration of Julie S. Turner in Support of *Ex Parte* Application ("Turner Decl."), ¶ 3. Netfirms' counsel provided notice of intent to seek *ex parte* relief on February 7, prior to filing, and filed these papers on February 7. See Turner Decl., ¶¶ 4-6. Netfirms cannot seek leave to file a sur-sur-reply under ordinary noticed motion procedure because this Court could rule on the under-submission motion to dismiss and on Plaintiff's Application at any time.

Pursuant to Local Rule 7-19.1, notice of the instant Application was provided to Plaintiff's counsel prior to filing on February 7, 2012 at approximately 2:30 p.m. (Turner Decl., ¶¶ 4-5). Counsel for Netfirms was able to inform Allison M. Lefrak and Mary-Christine Sungaila, the attorneys representing Plaintiff, of

Netfirms application (the instant application). Both counsel indicated that Plaintiff intends to oppose Netfirms' application. (Turner Decl., ¶ 4-6).

The name, address, and telephone numbers for Plaintiff's counsel are as follows:

- Mary-Christine Sungaila, SNELL & WILMER L.L.P., 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689, Telephone 714-427-7000, email mcsungaila@swlaw.com
- Allison M. Lefrak, Human Rights USA, 2029 P Street, N.W., Suite 202, Washington, DC 20036, Telephone 202-296-5702, email alefrak@humanrightsusa.org

This application is based upon this Notice, the attached Memorandum of Points and Authorities, the accompanying Turner Declaration, the Proposed Order lodged concurrently herewith, the pleadings, records, and files in this action, and such additional evidence and argument as considered by the Court.

Respectfully Submitted,

Dated: February 7, 2012                    TURNER BOYD LLP

By:   /s/ Julie S. Turner
      Julie S. Turner

*Attorneys for Defendant Netfirms.com, Inc.*