Julie S. Turner (SBN 191146)
TURNER BOYD LLP
2570 W. El Camino Real
Suite 380
Mountain View, CA 94040
Phone: (650) 521-5930
Facsimile:  (650) 521-5931
Email: turner@turnerboyd.com

*Attorneys for
Netfirms.com, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – ROYBAL FEDERAL BUILDING

| | |
|---|---|
| ANTHONY N. CHAI,<br><br>        Plaintiff,<br><br>v.<br><br>NETFIRMS.COM, INC., *et al.*,<br><br>        Defendants. | CASE NO. CV11-06988-GHK (CWx)<br><br>**DECLARATION OF JULIE S. TURNER IN SUPORT OF NETFIRM.COM, INC.'S *EX PARTE* APPLICATION FOR ORDER GRANTING LEAVE TO FILE SUR-SUR-REPLY**<br><br>Date:      February 6, 2012 [vacated]<br>Time:     9:30 a.m.<br>Judge:    The Hon. George H. King<br>Crtrm:    650 |

I, Julie S. Turner, declare:

1. I am a partner with the law firm of Turner Boyd LLP, which represents Defendant Netfirms.com, Inc. in the instant lawsuit.

2. I make this declaration of my own personal knowledge. If called to testify, I could and would do so competently.

3. On February 6, 2012, at approximately 7:35 p.m., my law firm's email system received service of Plaintiff Anthony Chai's Ex Parte Application For Order Granting Leave To File Sur-Reply and the supporting documents, through the Court's ECF system.

4. On February 7, 2012, at approximately 2:30 p.m., I sent an email to Mary-Christine Sungaila and Allison Lefrak, counsel for Plaintiff, informing them that Netfirms would be filing its application for an order granting it leave to file a sur-sur-reply, in the event that the Court were inclined to grant Plaintiff's application for leave to file his sur-reply.

5. On February 7, 2012, at approximately 2:35 p.m., I conveyed the same information directly to Allison Lefrak by telephone. Ms. Lefrak indicated that Plaintiff would likely oppose Netfirms' application.

6. On February 7, 2012, at approximately 2:38 p.m., I received an email from Ms. Sungaila acknowledging receipt of my email to her and also indicating that Plaintiff would likely oppose Netfirms' application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 7, 2012

TURNER BOYD LLP

By: /s/ Julie S. Turner
Julie S. Turner

*Attorneys for Defendant Netfirms.com, Inc.*

TURNER DECL. IN SUPPORT OF NETFIRMS' *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-SUR-REPLY

1

Case No. CV11-06988-GHK (CWx)

TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, CA 94040