E-FILED 3/30/2012
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Anthony Chai*, | CASE NO. CV 11-6988-GHK (CWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Netfirms.com, Inc.*, | |
| Defendant. | |

Pursuant to the Court's March 30, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Anthony Chai's ("Plaintiff") claims against Defendant Netfirms.com, Inc. are **DISMISSED with prejudice**.  Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: March 30, 2012

_____
GEORGE H. KING
United States District Judge